```
         IN THE UNITED STATES DISTRICT COURT FOR THE
               SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

CLIFTON D. BUCKHAULT,          :
                               :
    Petitioner,                :
                               :
vs.                            :   CIVIL ACTION 09-0111-KD-M
                               :
UNITED STATES OF AMERICA,      :
                               :
    Respondent.                :

<u>ORDER</u>

    The Court's Order dated April 6, 2009 (Doc. 3), was sent to Petitioner at 316 Court Street, Brewton, Alabama 36426, which is the last address that Petitioner provided, and was returned to the Court with the notations "Return To Sender." Upon review of Petitioner's criminal action, the Court discovered a new address. The Clerk is **DIRECTED** to re-mail a copy of the Court's Order dated April 6, 2009 (Doc. 3), with the appropriate forms to Petitioner at FCI Jesup, Federal Correctional Institution, 2680 301 South, Jesup, Georgia 31599. The time for complying with the Court's Order dated April 6, 2009, is hereby **EXTENDED** to **May 8, 2009**.

    Further, Petitioner is **ORDERED** to inform the Court by **May 8, 2009**, if he still wishes to proceed. If he does not, this action will be dismissed without prejudice. The failure to comply with the Court's Order dated April 6, 2009 and the Order

entered this date, within the prescribed time will result in the dismissal of this action.  Petitioner is advised that his failure to advise the Court immediately of a change in address will result in the dismissal of this action for failure to prosecute.  The Court will not again search for a proper address but will rely upon the one furnished by Plaintiff.

DONE this 21st day of April, 2009.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE