IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CLIFTON D. BUCKHAULT,** | : |
| Petitioner, | : |
| vs. | :    CIVIL ACTION 09-00111-KD-M |
| **UNITED STATES OF AMERICA,** | : |
| Respondent. | : |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 18, 2009, is **ADOPTED** as the opinion of this Court.[1]  It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

**DONE** and **ORDERED** this the **23rd** day of **July 2009.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] In so doing, in addition to those reasons set forth in the Magistrate Judge's Report and Recommendation, the Court notes that a copy of the Report and Recommendation was mailed to the Petitioner at the address that he provided; however, it was returned to the Court as undeliverable (Doc. 8) which indicates that Buckhault has further failed to comply with the requirements of this Court by failing to notify the Court of any change in address.